IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AFZAL ARSALAN REHMAN, )
)
Petitioner, )
)
v. ) Civil Action No. 3:25CV776–HEH
)
J. BIENEMY, )
)
Respondent. )

**MEMORANDUM OPINION**
**(Dismissing Action Without Prejudice)**

Afzal Arsalan Rehman ("Petitioner") a federal prisoner proceeding *pro se*, submitted a 28 U.S.C. § 2241 petition. (ECF No. 1.) By Memorandum Order entered on November 19, 2025, the Court directed Petitioner, within thirty (30) days of the date of entry thereof, to pay the $5.00 filing fee or explain any special circumstances that would warrant excusing payment of the filing fee. (ECF No. 9.) The Court warned Petitioner it would dismiss the action if Petitioner did not pay the filing fee or explain any special circumstances that would warrant excusing payment of the filing fee. (*Id.*) More than thirty (30) days have elapsed since the entry of the November 19, 2025 Memorandum Order and Petitioner has not paid the fee or otherwise responded. Accordingly, the action will be dismissed without prejudice.

An appropriate order will accompany this Memorandum Opinion.

/s/
Henry E. Hudson
Senior United States District Judge

Date: Jan. 6, 2026
Richmond, Virginia